(17)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

APPALACHIAN INSURANCE COMPANY,

　　　　Plaintiff,

　　v.

INSURANCE COMPANY OF NORTH AMERICA,

　　　　Defendant.

CIVIL ACTION NO. 10 7614

**FILED**

JUN 22 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

~~PROPOSED~~ **ORDER**

AND NOW, this _21_ day of June, 2011, upon consideration of Plaintiff's and Defendant's Joint Motion to Stay dated June 20, 2011, and the exhibits thereto, including the parties' stipulation to stay dated June 20, 2011, it is hereby ORDERED and DECREED that said Motion is GRANTED. This proceeding is stayed for ninety (90) days beginning on the date set forth below.

_____
U.S.D.J.

Dated: _6/21/11_