IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APPALACHIAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Civil Action No. 10-7614 |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED, that Plaintiff's action is DISMISSED WITH PREJUDICE, each party to bear its own costs.

RONALD L. BUCKWALTER, J. U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APPALACHIAN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Civil Action No. 10 7614 <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

BATES CAREY NICOLAIDES LLP

By: _____
Robert J. Bates, Jr.
191 North Wacker Drive
Suite 2400
Chicago, IL 60606
312-762-3100 (Telephone)
312-762-3200 (Facsimile)
rbates@bcnlaw.com

*Of Counsel:*
James W. Christie
William F. McDevitt
Christie, Pabarue, Mortensen and Young,
A Professional Corporation
1880 John F. Kennedy Boulevard, 10th Floor
Philadelphia, PA 19103
215-587-1654 (Telephone)
215-587-1699 (Facsimile)
*jwchristie@cpmy.com*
*wfmcdevitt@cpmy.com*

Attorneys for Plaintiff
Appalachian Insurance Company

Dated: January 4, 2012
~~December ___, 2011~~

CROWELL & MORING LLP

By: _____
Michael K. Robles
590 Madison Avenue
20th Floor
New York, NY 10022
212-803-4035 (Telephone)
212-223-4134 (Facsimile)
mrobles@crowell.com

*Of Counsel:*
Michael S. Olsan
White & Williams LLP
1650 Market Street
One Liberty Place
Suite 1800
Philadelphia, PA 19103
215-864-6278 (Telephone)
215-864-7123 (Facsimile)
olsanm@whiteandwilliams.com

Attorneys for Defendant
Century Indemnity Company as successor to Insurance Company of North America

Dated:   December 28, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APPALACHIAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 10 7614 |
| v. | ) ) **CERTIFICATE OF SERVICE** |
| INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) |
| Defendant. | ) |

I, William F. McDevitt, hereby certify that on January 4, 2012, a true and correct copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and Proposed Order of Dismissal With Prejudice was electronically filed with the Clerk of the Court using the Court's electronic filing system. I further certify that a true and correct copy of the foregoing Stipulation will be served upon all counsel who do not receive electronic service from the Court via first class and electronic mail at the following addresses:

Michael K. Robles, Esq.
*mrobles@crowell.com*
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022

Michael S. Olsan, Esq.
*Olsanm@whiteandwilliams.com*
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103

_____
WILLIAM F. MCDEVITT