IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APPALACHIAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INSURANCE COMPANY OF NORTH AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 10-7614 |

**FILED**
JAN - 5 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED, that Plaintiff's action is DISMISSED WITH PREJUDICE, each party to bear its own costs.

1/5/12

_____
RONALD L. BUCKWALTER, J. U.S.D.J.